UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
SHANNON JUDE WILKERSON        CIVIL ACTION NO.  6:12CV2210

VERSUS                        JUDGE DOHERTY

PAUL D. DEBAILLON, TRUSTEE    MAG. JUDGE HILL

## CLERK'S JUDGMENT

Pursuant to Rule 8016(a) of the Federal Rules of Bankruptcy Procedure and in accordance with the Court's **MEMORANDUM RULING AND ORDER** (Document 13) entered on July 18, 2013, Judgment is hereby entered by the Clerk of Court **AFFIRMING THE BANKRUPTCY COURT'S ORDERS (BANKR. DOCS. 29 AND 33) ENTERED ON FEBRUARY 29, 2012 AND MAY 8, 2012.**

THUS DONE AND SIGNED in Shreveport, Louisiana, this 23rd day of July, 2013.

FOR THE CLERK OF COURT,
TONY R. MOORE

_____
PAMELA P. MITCHELL
STAFF ATTORNEY